# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00521-CR

**Christopher Lee Mack, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 62045, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant seeks to appeal from the trial court's judgment convicting him of assault on a family member, enhanced. According to the trial court's judgment, appellant pled guilty to the charge and to the enhancement paragraphs in exchange for a cap of twelve years imprisonment with the possibility of parole. Appellant filed his notice of appeal in the trial court on about August 13, 2008. The trial court has certified that the cause was a plea-bargain case and that appellant has no right of appeal. Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  December 19, 2008

Do Not Publish